AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUL 2 3 2016

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Freddy Martinez-Galindo**

AKA:

IAE   YOB:   1989
the United Mexican States
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-16-1386-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 23, 2016__ in __Starr__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__   (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Freddy Martinez-Galindo was encountered by Border Patrol Agents near Roma, Texas on July 23, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 22, 2016, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 26, 2012, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 18, 2010, the defendant was convicted of Possession With Intent to Distribute .5 Grams or More of Cocaine and sentenced to eight (8) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant
Sworn to before me and subscribed in my presence,
**July 23, 2016**   4:04 pm   Jon Chan   **Senior Patrol Agent**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer   Signature of Judicial Officer