**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 7:16−cr−01205 |
| | § | |
| Freddy Martinez−Galindo | § | |

**PRE−SENTENCE INVESTIGATION SCHEDULE**

   The Defendant having been adjudicated GUILTY in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas.

1. That the investigation and preparation of the pre−sentence report be completed by **November 3, 2016**.

2. THAT IMMEDIATELY THEREUPON THE PRE−SENTENCE REPORT SHALL BE MADE AVAILABLE TO THE DEFENSE COUNSEL AND COUNSEL FOR THE GOVERNMENT WHO MUST OBTAIN THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT EITHER PERSONALLY OR THROUGH AN AGENT. ALTERNATIVE DELIVERY VIA EXPRESS MAIL, MESSENGER, OR CERTIFIED MAIL IS AUTHORIZED, PROVIDED COUNSEL MAKE ARRANGEMENTS FOR THE DELIVERY, AT HIS/HER OWN EXPENSE, AND CONFIRM THOSE ARRANGEMENTS IN WRITING WITH THE PROBATION OFFICER ASSIGNED TO THE CASE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED. ALTERNATIVE DELIVERY EXTENDS NO TIME LIMITS.

3. That counsel shall electronically file objections to the report (including the alleged facts of the offense and application of the sentencing guidelines) by **November 17, 2016**. A hard copy of such objections shall also be provided to Probation. If there is no objection, likewise a statement of non−opposition signed by Counsel and the Defendant shall be filed.

4. That after further investigation the pre−sentence officer shall submit a final report by **December 1, 2016**.

5. That counsel shall electronically file memorandums and/or any documentation for sentencing purposes **7 days before the sentencing hearing.** Any documentation not timely filed may be orally presented at the time of the sentencing.

6. That this case is set for sentencing hearing on **December 8, 2016 at 2:00 PM**.

   SO ORDERED on September 29, 2016 at McAllen, Texas.

Micaela Alvarez
United States District Judge